UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Petitioners, <br><br> -against- <br><br> CONCRETE INDUSTRIES ONE CORP, <br><br> Respondent. | 23 CV 3180 <br><br> **JUDGMENT** |

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the February 19, 2023 arbitration award ("Award") is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Awarding judgment in favor of the Petitioners and against Respondent in the amount of $336,581.35, plus interest to accrue at the annual rate of 9.5% from the date of the February 19, 2023 arbitration award (the "Award") through the date of judgment;

3. Awarding Petitioners $1,116 in attorneys' fees and $75 in costs arising out of the proceeding;

4. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
Jun 23, 2023

By: /s/ Paul Crotty
U.S.D.J.